**DISMISS and Opinion Filed April 22, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00152-CV

**NANCY RIDGWAY, Appellant**
**V.**
**BRANDON WALTERS, Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-16078**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is the parties' joint motion to dismiss the appeal. The parties inform the Court that they have settled their differences. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

210152F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

NANCY RIDGWAY, Appellant

No. 05-21-00152-CV      V.

BRANDON WALTERS, Appellee

On Appeal from the 298th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-20-16078. Opinion delivered by Chief Justice Burns. Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee BRANDON WALTERS recover his costs of this appeal from appellant NANCY RIDGWAY.

Judgment entered April 22, 2021